IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

      Plaintiff,                    No. CIV S-01-1949 DFL PAN P

      vs.

BILL LOCKYER, et al.,

      Defendants.           <u>ORDER</u>

                           /

      On March 25, 2004, findings and recommendations were issued recommending that this action be dismissed. On June 23, 2004, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on October 8, 2009, a request for the court to return $140.00 to him. However, plaintiff is not entitled to a refund of any funds collected by this court as a result of his own filings. Accordingly, plaintiff's request is denied.

      The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

      So ordered.

Dated: October 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE